AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| EDWARD FLEMING | ) Case No. 18-CR-2753 KG |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __EDWARD FLEMING__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 8: 18 U.S.C. § 922(j): Possession of a Stolen Firearm;

Count 7: 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

Date: 08/22/2018

*Issuing officer's signature*

Mitch Elfers, Acting Clerk of Court
*Printed name and title*

City and state: Las Cruces, New Mexico

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*