FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

18 OCT -1 AM 11: 03

CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
для
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| EDWARD FLEMING | ) | Case No. 18-CR-2753 KG |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EDWARD FLEMING,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 8: 18 U.S.C. § 922(j): Possession of a Stolen Firearm;

Count 7: 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

Date: 08/22/2018

*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Mitch Elfers, Acting Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 08/22/18, and the person was arrested on *(date)* 08/26/18
at *(city and state)* Las Cruces, NM.

Date: 08/26/18

*Arresting officer's signature*

Steven Archuleta, DUSM
*Printed name and title*