



USA v. EDWARD FLEMING 159

