**EXHIBIT**



Q  Search

Hobbies > Collectible Items

    

| **Overview** | **Related Products** | **Description** | **Ratings** | **Store Ratings** |
|---|---|---|---|---|

### Description

100/60/30PCS dollar Prop
Each FULL PRINT STACK comes with (100) prop bills.
Textures, colors and designs are highly detailed, printed with the highest resolution, and have the highe
and the most realistic on camera.
Specially designed for HD films, TV, video productions, music videos, photography, training proposes a
Prop money does not have working holograms and does not feel like real USA currency due to laws.
Printed with the highest quality ink that will not run when wet on high quality commercial paper, and cut

Contact, Terms, Policies & More ⌃

Go gle

wish.com money

All   Shopping   News   Images   Videos   More      Settings  Tools

About 1,570,000,000 results (0.55 seconds)

See wish.com money         Sponsored



| 100/60/30PCS Prop Money ... | 20Pcs/Pack USD Paper Bar ... | Top Treasures Prop Money ... | 144ct Play Money | 100PCS Prop Money New ... |
|---|---|---|---|---|
| **$4.00** | **$1.00** | **$12.99** | **$8.29** | **$3.99** |
| Wish | Wish | Amazon.com | Oriental Tradin.. | www.zgeer.com |
| | | | 🏷 Special offer | |

### Fake Money | Wish
https://www.wish.com/search/fake-money ▾
Add the finishing touch with fake-money. Shop **Wish.com** to save up to 75%.
You've visited this page 2 times. Last visit: 5/6/19

Videos



| WISH APP fake money UNBOXING | BEST fake money on Wish app for FREE | unboxing fake money from wish |
|---|---|---|
| sWish Box | lil spermcell | MR Epic |
| YouTube · Feb 18, 2017 | YouTube · Nov 14, 2018 | YouTube · Apr 26, 2018 |

### Is the Wish App Legit or a Scam: The Real Reasons Why It's so Cheap ...
https://toughnickel.com › Frugal Living › Bargain Shopping & Price Codes ▾
Feb 14, 2019 - Find out where **Wish.com** products come from and why they are so ... Shopping on
**Wish** isn't the only way to save money with your phone.

### Can I get into trouble for fake money that I ordered from Wish ...
https://www.quora.com/Can-I-get-into-trouble-for-fake-money-that-I-ordered-from-Wish
Jul 26, 2018 - Apart from producing counterfeit notes, federal law is also against being in possession
of fake notes, passing on, uttering (making something fake look as if it is ...

| How to make **money** with **wish** shopping | Aug 8, 2018 |
|---|---|
| How does **Wish** make money when they sell with low prices? | Dec 30, 2017 |
| Why is everything on **wish.com** so cheap? Is **Wish** trustworthy? | Dec 4, 2017 |
| How to make really good **money** with **Wish**, AliExpress, or ... | Mar 11, 2015 |

More results from www.quora.com

### Can You Really Make Money With The Wish App?
https://onemorecupof-coffee.com/make-money-wish-app/ ▾
Jan 27, 2019 - The **Wish** app lets you order stuff at super cheap prices. So could you make money
as a side hustle buying stuff and then reselling it? Here's the ...

### Wish faces criticism over suspected counterfeits - Digital Commerce 360
https://www.digitalcommerce360.com/.../wish-faces-criticism-over-suspected-counterf... ▾