| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 5:18CR02753-002KG |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Edward Fleming | New Mexico | 1084 |
| | NAME OF SENTENCING JUDGE | |
| | Kenneth J. Gonzales | |
| | DATES OF SUPERVISED RELEASE | FROM 11/29/2021 — TO 11/28/2024 |

**OFFENSE**

Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. § 922(g)(1) and Possession of a Stolen Firearm in violation of 18 U.S.C. § 922(j)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___New Mexico___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Texas, Fort Worth Division, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

3/9/2023            *[signature: Kenneth J. Gonzales]*

Date            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*[Stamp: FILED U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS — MAR 27 2023 — CLERK, U.S. DISTRICT COURT, By ___ Deputy]*

3/27/2023          *[signature: Mark T. Pittman]*

Effective Date          United States District Judge